# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ESTATE OF AMNON BOGOMOLSKY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 14-12463-FDS |
| v. | ) ) | |
| ESTATE OF MICHAEL FURLONG, | ) ) | |
| Defendant. | ) ) ) | |

## MEMORANDUM AND ORDER ON PLAINTIFF'S MOTIONS FOR AN ACCOUNTING

**SAYLOR, J.**

This is a tort action arising out of a fatal motor vehicle accident. Amnon Bogomolsky was driving a minivan when a car driven by Michael Furlong crossed the center line of the road and crashed into Bogomolsky's vehicle. Both Bogomolsky and Furlong died as a result of the crash. Plaintiff the Estate of Amnon Bogomolsky sued defendant the Estate of Michael Furlong for gross negligence.

On June 11, 2014, the same date that he filed the complaint, plaintiff filed a motion for an accounting of all property of the Furlong Estate. On August 18, plaintiff filed a second motion for an accounting. He contends that an accounting is necessary for resolution of the case but that counsel for the Furlong Estate has refused to disclose its total assets and liabilities.

Defense counsel has entered a limited appearance to oppose the motions.[1] He contends that the motion should be denied because plaintiff has named the incorrect defendant and has not served the named defendant and because an accounting is a remedy that cannot and should not

---

[1] Counsel for the personal representative of the Furlong Estate had previously filed a limited appearance in the case to respond to plaintiff's motion for a preliminary injunction to preserve the proceeds of an uninsured motorist insurance policy. The Court denied that motion, and counsel then withdrew his appearance.

be ordered at early stages of proceedings. Indeed, as defendant asserts, the record does not reveal any evidence that plaintiff has served the Furlong Estate.

Massachusetts law requires that claims against a decedent's estate be made against the personal representative of that estate, not the estate itself. Mass. Gen. Laws ch. 190B § 3-804. Here, plaintiff erred in naming the Estate of Michael Furlong instead of Linda Bertozzi, its personal representative. Furthermore, plaintiff has failed to serve Bertozzi or the Estate and has not yet established defendant's liability. Ordering an accounting therefore appears inappropriate at this juncture. Accordingly, the motions will be denied without prejudice to their renewal.

**So Ordered.**

Dated: September 4, 2014

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge